**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Case No. 06-cv-00584-REB-PAC

PETER D. HAALAND, individually and in his capacity as sole manager of PhyRx, Ltd. Liability Co., a Colorado limited liability company,

    Plaintiff,

v.

JOHN HUNTINGTON, and
JUDITH A. HUNTINGTON,

    Defendants.

v.

JOHN HUNTINGTON, and
JUDITH A. HUNTINGTON, individually and in their capacity as members in PHYRX, LTD. LIABILITY CO., a Colorado limited liability company,

    Counter-claimants and Third-Party Plaintiffs,

v.

PETER D. HAALAND,

    Counterclaim Defendant

and

ECLIPSE AVIATION CORPORATION,

    Third-Party Defendant.

---

### MINUTE ORDER[1]

---

    The Unopposed Motion Re: Defendants' Motion to Amend and Plaintiff's Motion

---

[1] This minute order is issued pursuant to the express authority of the Honorable Robert E. Blackburn, United States District Judge for the District of Colorado.

to Dismiss [#39] filed May 15, 2006, is GRANTED.  Plaintiff shall have five (5) days after the court enters a ruling on the motion to amend to file his reply in support of the motion to dismiss.

Dated:  May 16, 2006
-----------------------------------------------------------------------------------------------------------------