IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  06-cv-00584-REB-PAC

PETER D. HAALAND, individually and in his capacity as sole manager of PhyRx, Ltd., Liability, Co., a Colorado limited liability company,

    Plaintiff(s),

v.

JOHN HUNTINGTON, and
JUDITH A. HUNTINGTON,

    Defendant(s),

v.

JOHN HUNTINGTON, and
JUDITH A. HUNTINGTON, individually and in their capacity as members in PHYRX, Ltd., Liability Co., a Colorado limited liability company,

    Counter-claimants and Third-Party Plaintiff(s),

v.

PETER D. HAALAND,

    Counterclaim Defendant(s),

and

ECLIPSE AVIATION CORPORATION,

    Third-Party Defendant(s).

_____

**MINUTE ORDER**
_____

**ORDER ENTERED BY MAGISTRATE JUDGE PATRICIA A. COAN**

No response having been filed, IT IS HEREBY **ORDERED** that the Motion of Defendants Counterclaimants John and Judith A. Huntington, Individually and on the Behalf of Third Party Plaintiff Phyrx LTD., Liability Company, For Amendment of Counterclaims and Third Party Complaint [filed April 28, 2006; Doc. No. 24] is **GRANTED** The tendered Second Amended Counterclaims and Third Party Complaint [Doc; No. 25] is accepted for filing this date.

Dated:  June 1, 2006