IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 06-cv-00584-REB-PAC

PETER D. HAALAND, individually and in his capacity as sole manager of PhyRx, Ltd., Liability, Co., a Colorado limited liability company,

    Plaintiff(s),

v.

JOHN HUNTINGTON, and
JUDITH A. HUNTINGTON,

    Defendant(s),

v.

JOHN HUNTINGTON, and
JUDITH A. HUNTINGTON, individually and in their capacity as members in PHYRX, Ltd., Liability Co., a Colorado limited liability company,

    Counter-claimants and Third-Party Plaintiff(s),

v.

PETER D. HAALAND,

    Counterclaim Defendant(s),

and

ECLIPSE AVIATION CORPORATION,

    Third-Party Defendant(s).

---

**MINUTE ORDER**

---

**ORDER ENTERED BY MAGISTRATE JUDGE PATRICIA A. COAN**

IT IS HEREBY **ORDERED** that the Stipulated Motion for Protective Order [filed June 14, 2006; Doc. No. 51] is **GRANTED** as follows:

With the interlineation in paragraph 15, requiring the parties to move the Court for permission to file documents under seal, the <u>attached</u> Stipulated Protective Order shall be made an Order of the Court this date.

Dated: June 22, 2006