| | |
|---|---|
| UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLORADO<br>901 19th Street<br>Denver, Colorado<br>(303) 844-3433 | |
| PETER D. HAALAND, individually and in his capacity as sole manager of PhyRx, Ltd. Liability Co., a Colorado limited liability company,<br>Plaintiff,<br><br>vs.<br><br>JOHN HUNTINGTON and JUDITH HUNTINGTON<br>Defendants.<br><br>JOHN HUNTINGTON and JUDITH A. HUNTINGTON, Individually and in their capacities as Members in PHYRX, LTD, LIABILITY Co., a Colorado Limited Liability Company,<br>Counterclaim and Plaintiffs,<br><br>vs.<br><br>PETER V. HAALAND,<br>Counterclaim Defendant,<br><br>and<br><br>ECLIPSE AVIATION CORP., a Delaware Corporation,<br>Defendant. | |
| Attorney for Defendants and Counterclaim/Third-Party Plaintiffs:<br>Thomas P. Howard, Esq., Atty No. 031684<br>GARLIN, DRISCOLL, HOWARD, LLC<br>245 Century Circle, Suite 206<br>Louisville, CO  80027<br>(303) 665-3822 – telephone<br>(303) 665-3821 – facsimile<br>thoward@thowardlaw.com | **Case Number:**<br>**06-CV-00584-REB-PAC** |

(PROPOSED) ORDER RE UNOPPOSED MOTION TO FILE

## (~~PROPOSED~~) THIRD AMENDED COUNTERCLAIMS AND COMPLAINT

THIS COURT, having examined the Stipulated Motion To File Amended Counterclaims And Complaint Of Defendants-Counterclaimants John And Judith A. Huntington, Individually And On Behalf Of Plaintiff Phyrx Ltd. Liability Company [Doc #65] in the above-captioned case and being fully advised in the premises:

GRANTS the Motion [Doc #65] in its entirety and hereby ORDERS that the (~~Proposed~~) tendered Third Amended Counterclaims and Complaint shall be filed with this Court this date. Counsel are advised to review the Court's electronic filing procedures, SVC. for the correct submission of proposed orders

IT IS SO ORDERED. by email.

Date: July 17, 2006.

S/ PATRICIA A COAN
~~Judge Robert E. Blackburn~~
United States District Court
MAGISTRATE JUDGE

2