IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  06-cv-00584-REB-PAC

PETER D. HAALAND, individually and in his capacity as sole manager of PhyRx, Ltd., Liability, Co., a Colorado limited liability company,

    Plaintiff(s),

v.

JOHN HUNTINGTON, and
JUDITH A. HUNTINGTON,

    Defendant(s),

v.

JOHN HUNTINGTON, and
JUDITH A. HUNTINGTON, individually and in their capacity as members in PHYRX, Ltd., Liability Co., a Colorado limited liability company,

    Counter-claimants and Third-Party Plaintiff(s),

v.

PETER D. HAALAND,

    Counterclaim Defendant(s),

and

ECLIPSE AVIATION CORPORATION,

    Third-Party Defendant(s).

_____

## MINUTE ORDER
_____

**ORDER ENTERED BY MAGISTRATE JUDGE PATRICIA A. COAN**

      IT IS HEREBY **ORDERED** that the Unopposed Supplemental Motion to Amend Scheduling Order [filed August 16, 2006; Doc. No. 73] is **denied without prejudice** for failure to provide a good cause statement under Rule 16(b).

Dated:  August 22, 2006