IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  06-cv-00584-REB-PAC

PETER D. HAALAND, individually and in his capacity as sole manager of PhyRx, Ltd., Liability, Co., a Colorado limited liability company,

      Plaintiff(s),

v.

JOHN HUNTINGTON, and
JUDITH A. HUNTINGTON,

      Defendant(s),

v.

JOHN HUNTINGTON, and
JUDITH A. HUNTINGTON, individually and in their capacity as members in PHYRX, Ltd., Liability Co., a Colorado limited liability company,

      Counter-claimants and Third-Party Plaintiff(s),

v.

PETER D. HAALAND,

      Counterclaim Defendant(s),

and

ECLIPSE AVIATION CORPORATION,

      Third-Party Defendant(s).

_____

**MINUTE ORDER**
_____

**ORDER ENTERED BY MAGISTRATE JUDGE PATRICIA A. COAN**

IT IS HEREBY **ORDERED** that the Joint Motion to Amend Scheduling Order [filed August 23, 2006; Doc. No. 77] is **GRANTED** as follows:

The attached Amended Scheduling Order [tendered August 23, 2006; Doc. No. 77] shall be filed this date.

Dated:  August 28, 2006