IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  06-cv-00584-REB-PAC

PETER D. HAALAND, individually and in his capacity as sole manager of PhyRx, Ltd., Liability, Co., a Colorado limited liability company,

    Plaintiff(s),

v.

JOHN HUNTINGTON, and
JUDITH A. HUNTINGTON,

    Defendant(s),

v.

JOHN HUNTINGTON, and
JUDITH A. HUNTINGTON, individually and in their capacity as members in PHYRX, Ltd., Liability Co., a Colorado limited liability company,

    Counter-claimants and Third-Party Plaintiff(s),

v.

PETER D. HAALAND,

    Counterclaim Defendant(s),

and

ECLIPSE AVIATION CORPORATION,

    Third-Party Defendant(s).

_____

**MINUTE ORDER**
_____

**ORDER ENTERED BY MAGISTRATE JUDGE PATRICIA A. COAN**

IT IS HEREBY **ORDERED** that the Motion to Stay Discovery [filed October 2, 2006; Doc. No. 91] is **denied.**

Since counsel have advised the Court that this case is settled, IT IS **ORDERED** that the Final Pretrial Conference set for March 9, 2007 is **vacated**.  IT IS

**FURTHER ORDERED** that counsel shall submit their Stipulation for Dismissal with the Court on or before **November 2, 2006.**

Dated:  October 3, 2006