IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn

Civil Case No. 06-cv-00584-REB-PAC

PETER D. HAALAND, individually and in his capacity as sole manager of PhyRx, Ltd. Liability Co., a Colorado limited liability company,

    Plaintiff,

v.

JOHN HUNTINGTON, and
JUDITH A. HUNTINGTON,

    Defendants.

v.

JOHN HUNTINGTON, and
JUDITH A. HUNTINGTON, individually and in their capacity as members in PHYRX, LTD. LIABILITY CO., a Colorado limited liability company,

    Counter-claimants and Third-Party Plaintiffs,

v.

PETER D. HAALAND,

    Counterclaim Defendant

and

ECLIPSE AVIATION CORPORATION,

    Third-Party Defendant.

## ORDER OF DISMISSAL

**Blackburn, J.**

    The matter before the court is the **Stipulated Dismissal With Prejudice** [#94], filed November 1, 2006. After careful review of the stipulation and the file, the court has

concluded that the stipulation should be approved and that this action should be dismissed with prejudice.

**THEREFORE, IT IS ORDERED** as follows:

1. That the **Stipulated Dismissal With Prejudice** [#94], filed November 1, 2006, is **APPROVED**;

2. That this action **IS DISMISSED WITH PREJUDICE** with the parties to pay their own attorney fees and costs;

3. That the Trial Preparation Conference set for September 21, 2007, is **VACATED**;

4. That the jury trial set to commence October 8, 2007, is **VACATED**; and

5. That any pending motions are **DENIED** as moot.

Dated November 2, 2006, at Denver, Colorado.

                                                **BY THE COURT:**

                                                **s/ Robert E. Blackburn**
                                                **Robert E. Blackburn**
                                                **United States District Judge**